CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Ronald.Cheng@.usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>TINA CHEN,<br>        aka "Ya When Chen,"<br>        aka "Wen Tina Chen,"<br>        aka "Tina Dunbar,"<br>        aka "Tina Dubner,"<br><br>             Defendant. | Case No. 2:21-cr-00139-APG-BNW<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Matthew J. McKenzie, Trial Attorney with the United States Department of Justice, National Security Division, be permitted to appear before this Court in the above-captioned case.

Mr. McKenzie is a member in good standing of the bar of State of New York, he is employed by the United States as an attorney, and, in the course and scope of his

employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: August 4, 2021.

Respectfully submitted,

/s/ Ronald L. Cheng
RONALD L. CHENG
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED: _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: __August 16, 2021__