CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jessica.oliva@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
MATTHEW J. MCKENZIE
Trial Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-7845
Matthew.mckenzie@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>TINA CHEN,<br>    aka "Ya When Chen,"<br>    aka "Wen Tina Chen,"<br>    aka "Tina Dunbar,"<br>    aka "Tina Dubner,"<br><br>       Defendant. | Case No. 2:21-cr-139-APG-BNW<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO DESIGNATE CLASSIFIED INFORMATION SECURITY OFFICER** |

Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III

("CIPA"), and Section 2 of the Security Procedures established under Pub. L. 96-456, 94

Stat. 2025, by the Chief Justice of the United States and promulgated under Section 9 of

CIPA (the "Security Procedures"),[1] the United States of America hereby files this unopposed motion for the appointment of a Classified Information Security Officer ("CISO") and Alternate CISOs in this case.

As outlined in the Security Procedures, in any proceeding in a criminal case in which classified information is reasonably expected to be within the custody of the court, the court shall designate a CISO. The CISO will be detailed to the court to serve in a neutral capacity and will be responsible to the court for the security of all classified information in the court's custody. In addition, any matter relating to personnel, information, or communications security will be the responsibility of the CISO. The Court may also designate one or more alternative classified information security officers.

As further outlined in the Security Procedures, the Attorney General or the Department of Justice Security Officer will recommend a person to be designated as a CISO who is in the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice and who is qualified to serve as a CISO. These qualifications include that the individual has demonstrated competence in security matters and possesses the necessary clearance for the level and category of classified information involved.

This is a criminal matter in which the grand jury has returned an indictment charging the Defendant with violating the International Emergency Economic Powers Act ("IEEPA"). This case involves classified materials and will involve filings pursuant to CIPA.

---

[1] The Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, are available online at: https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title18a-node16-section9&num=0&edition=prelim.

To assist this Court and its personnel in the handling of motions pursuant to CIPA and in the implementing of certain orders relating to this case, the government requests that this Court designate Mr. Winfield S. "Scooter" Slade, Supervisory Security Specialist, as the CISO, who will on behalf of this Court assume appropriate responsibilities and perform prescribed duties related to CIPA and the handling of classified materials.

The government further requests that this Court designate the following persons as Alternate CISOs, to serve in the event Mr. Slade is unavailable: Security Specialists Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Carli V. Rodriguez-Feo, and Harry J. Rucker.

As required by the Security Procedures, these individuals are from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice. They are qualified to serve as CISOs in this case, including having demonstrated competence in security matters and possessing the necessary clearance for the level and category of classified information involved in this case.

///
///
///
///
///
///
///
///
///
///

For all of the foregoing reasons, the government respectfully requests that this Court appoint a CISO and Alternate CISOs in this case.  The government has contacted defense counsel about this motion and has been informed that defense counsel agrees to the entry of the proposed Order.  A proposed Order granting this motion is attached hereto.

Respectfully submitted,


CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

By: *s/ Jessica Oliva*

JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jessica.oliva@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
MATTHEW J. MCKENZIE
Trial Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-7845
*Attorneys for the United States*

1

2

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

               Plaintiff,

       v.

TINA CHEN,
    aka "Ya When Chen,"
    aka "Wen Tina Chen,"
    aka "Tina Dunbar,"
    aka "Tina Dubner,"

               Defendant.

Case No. 2:21-cr-139-APG-BNW

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER

The Court has been made aware that this case will involve the use and discovery of classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS Winfield S. "Scooter" Slade, Security Specialist, as the Classified Information Security Officer in the above-captioned matter.

///

///

///

///

///

5

The Court FURTHER APPOINTS Security Specialists Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Carli V. Rodriguez-Feo, and Harry J. Rucker, as Alternate Classified Information Security Officers in the above-captioned matter.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2021.

HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE