RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Tina Chen

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TINA CHEN,<br><br>        Defendant. | Case No. 2:21-CR-00139-APG-BNW<br><br>**STIPULATION TO CONTINUE DEFENSE EX-PARTE BRIEFING DUE DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Tina Chen, request that the due date of Defense Ex-parte briefing, currently due on May 31, 2022, be vacated and set to a date and time convenient to this Court, but no sooner than one hundred and twenty (120) days.

/ / /

/ / /

/ / /

The Stipulation is entered into for the following reasons:

1. The parties will be contemporaneously filing a motion to continue the trial date in this case. The parties are also in the process of trying to resolve this case, which would eliminate the need of the Court to perform further review of the documents pursuant to the protective order.

This is the first stipulation to continue filed herein.

DATED this 13th day of May 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00139-APG-BNW |
| Plaintiff, | ORDER |
| v. | |
| TINA CHEN, | |
| Defendant. | |

## ORDER

IT IS THEREFORE ORDERED that upon consideration of the parties' request to extend the deadline for filing the Court's ordered ex-parte briefing, that the due date of the Defense Ex-parte briefing, currently due on May 31, 2022, be vacated and continued to September 9, 2022.

DATED this 16th day of May 2022.

_____
United States Magistrate Judge

3