UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>TINA CHEN,<br><br>       Defendant. | Case No. 2:21-CR-00139-APG-BNW<br><br>ORDER<br><br>[Docket No. 43] |

**ORDER**

IT IS HEREBY ORDERED, that this Court amend the conditions of Tina Chen's pretrial release as the parties jointly request that Ms. Chen's travel condition be modified to permit her to travel for work within the continental U.S. if approved in advance by Pretrial Services.

DATED this 8th day of July 2022.

_____
UNITED STATES MAGISTRATE JUDGE