RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Tina Chen

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TINA CHEN,<br><br>        Defendant. | Case No. 2:21-cr-00139-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Tina Chen, that the Sentencing Hearing currently scheduled on January 31, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to gather information for sentencing purposes.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 23rd day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00139-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| TINA CHEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 31, 2023, at 10:00 a.m., be vacated and continued to January 24, 2023 at the hour of 9 : 30 a .m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 24th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3