UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>TINA CHEN,<br><br>          Defendant. | Case No. 2:21-cr-00139-APG-BNW<br><br>ORDER GRANTING MOTION TO RELEASE PASSPORT<br><br>[ECF No. 66] |

     Defendant Tina Chen's motion for release of her passport **(ECF No. 66) is granted**. I hereby amend the conditions of Ms. Chen's Appearance Bond (ECF No. 12) and direct the United States Pretrial Services to release Ms. Chen's passport to her or her relative in Las Vegas, Nevada. In addition, the condition in that prohibits Ms. Chen from obtaining a passport is removed. Ms. Chen may obtain a new or renewed passport.

     DATED THIS 5th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE