UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00139-APG-BNW |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO RELEASE TAIWANESE PASSPORT |
| v. | |
| TINA CHEN, | [ECF No. 70] |
| Defendant. | |

Defendant Tina Chen's motion for release of her Taiwanese passport **(ECF No. 70) is granted**.  I direct the United States Pretrial Services to release Ms. Chen's Taiwanese passport to her.  I further order Ms. Chen to immediately deliver that passport to her friend or relative for safe-keeping, and to provide her counsel with proof that she has done so.

DATED THIS 16th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE