JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
jessica.oliva@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
MATTHEW J. MCKENZIE
Deputy Chief
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-7845
matthew.mckenzie@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TINA CHEN,<br>   aka "Ya When Chen,"<br>   aka "Wen Tina Chen,"<br>   aka "Tina Dunbar,"<br>   aka "Tina Dubner,"<br><br>  Defendant. | No. 2:21-cr-139-APG-BNW<br><br>**Stipulation to Continue Response Deadline to Motion for Compassionate Release (ECF No. 72) (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Tina Chen, that the

response deadline of November 27, 2023 to Defendant Chen's Motion for Compassionate Release (ECF No. 72) be continued by one week to December 4, 2023. This stipulation is entered into for the following reasons:

1. On November 20, 2023, Defendant Chen filed a Motion for Compassionate Release ("Motion") under the First Step Act. ECF No. 72.

2. Under the Court's Amended General Order 2020-06, the United States Attorney's Office must file a response within seven days of the Federal Public Defender's Office filing a motion pursuant to Section 603(b) of the First Step Act. The government's deadline to respond is thus November 27, 2023.

3. The undersigned government attorney will be out of the office on November 23, November 24, and part of November 22, 2023, and thus requires additional time to respond to Chen's Motion.

4. The parties agree to continue the Government's deadline to respond to Chen's Motion by one week, to December 4, 2023.

5. This continuance is sought not for purposes of delay, but merely to allow the government sufficient time to respond to Chen's Motion.

///
///
///
///
///
///
///
///

6. This is the parties' first request to continue this response deadline.

Respectfully submitted this 21st day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender<br>Counsel to Defendant TINA CHEN | */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney<br><br>MATTHEW G. OLSEN<br>Assistant Attorney General<br>National Security Division<br><br>*/s/ Matthew J. McKenzie*<br>MATTHEW J. MCKENZIE<br>Deputy Chief |

IT IS SO ORDERED.

_____
HONORABLE ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE

DATED: November 28, 2023