RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Tina Chen

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:21-CR-00139-APG-BNW |
|---|---|
| Plaintiff, | **Motion for Leave to File Exhibits Under Seal** |
| v. | |
| TINA CHEN, | |
| Defendant. | |

Defendant Tina Chen, through counsel, is filing a motion for order reducing sentence or modifying judgment under 18 U.S.C. § 3582(c)(1)(A)(i). Exhibits A and B to that motion contain Ms. Chen's mother's and sister's sensitive medical records. Because Exhibit A and B contain private medical information, Ms. Chen respectfully requests leave to file Exhibits A and B under seal, and requests that the Court maintain them under seal. Undersigned counsel will serve sealed Exhibit A and B on the government via electronic mail.

///

///

DATED: November 20, 2023.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Aden Kebede*

ADEN KEBEDE
Assistant Federal Public Defender
Attorney for Tina Chen

IT IS SO ORDERED:   The motion to seal (ECF No. [73]) is granted.

Dated: December 4, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2